AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
21:841(a)(1), (b)(1)(B)(iii)

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
See Attachment A

**DEFENDANT - U.S.**
Kay Homer Daniels, III

**DISTRICT COURT NUMBER**
CR06-00700 MJJ

FILED OCT 19 2006 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
AUSA GARTH HIRE

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l   ☐ State
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT   Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

ATTACHMENT A
PENALTY SHEET

*UNITED STATES v. KAY HOMER DANIELS, III*

COUNT ONE
(21 U.S.C. § 841(a)(1), (b)(1)(B)(iii))

*IF NO 21 U.S.C. §851 INFORMATION FILED ALLEGING PRIOR FELONY NARCOTICS CONVICTION:*

| | |
|---|---|
| Imprisonment: | Maximum 40 Years Imprisonment<br>Mandatory Minimum 5 Years Imprisonment |
| Fine: | Maximum $2,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 4-Year Term of Supervised Release |
| Special Assessment: | $100 |

*IF 21 U.S.C. §851 INFORMATION FILED ALLEGING PRIOR FELONY NARCOTICS CONVICTION:*

| | |
|---|---|
| Imprisonment: | Maximum Life Imprisonment<br>Mandatory Minimum 10 Years Imprisonment |
| Fine: | Maximum $4,000,000 |
| Supervised Release: | Maximum Lifetime Supervised Release<br>Mandatory Minimum 8-Year Term of Supervised Release |
| Special Assessment: | $100 |

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION**
VENUE: OAKLAND

SEALED BY ORDER OF THE COURT

UNITED STATES OF AMERICA,

V.

KAY HOMER DANIELS, III,
a/k/a "K,"

CR06-00700 MJJ

FILED 2006 OCT 19 PM 3:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT.

## INDICTMENT

VIOLATION:  21 U.S.C. Sections 841(a)(1),(b)(1)(B)(iii) - Distribution of Cocaine Base

A true bill.

_____ Foreman

Filed in open court this 19th day of Oct. 2006.

_____ Clerk

Bail, $ No bail arrest warrant.

Wayne D. Brazil   10-19-06

KEVIN V. RYAN (CASBN 118321)
United States Attorney

FILED
2006 OCT 19 PM 3:26
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAY HOMER DANIELS, III, ) <br>  a/k/a "K," ) <br> ) <br> Defendant. ) <br> ) | No. CR06-00700 <br> <br> VIOLATION: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Cocaine Base <br> <br> OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:       (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Distribution of Cocaine Base)

  1.       On or about August 23, 2006, in the Northern District of California, defendant,

KAY HOMER DANIELS, III,
a/k/a "K,"

knowingly and intentionally distributed a Schedule II controlled substance, namely,

approximately 11.8 grams of a mixture or substance containing a detectable amount of cocaine

///

///

///

INDICTMENT

1

1 | base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).
2 | DATED:                                    A TRUE BILL.
3 | Oct. 19, 2006
4 |                                           /s/ FOREPERSON
5 | KEVIN V. RYAN
  | United States Attorney
6 |
7 | /s/ W. Douglas Sprague
8 | W. DOUGLAS SPRAGUE
  | Chief, Oakland Branch
9 | (Approved as to form: /s/ )
  |                      AUSA GARTH HIRE

INDICTMENT

2