SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

GARTH HIRE (CASBN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6960
    Facsimile:  (415) 436-6982
    E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> KAY HOMER DANIELS, III, ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR 06-00700 MJJ <br><br> UNITED STATES' APPLICATION TO SEAL ATTACHMENT; [PROPOSED] ORDER SEALING ATTACHMENT |

      The United States hereby moves this Court to seal the Attachment to this Application because it contains confidential information. Consequently, the United States respectfully requests that the Court grant the attached sealing order.

DATED: March 27, 2007         Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney

                                 GARTH HIRE
                                 Assistant United States Attorney

**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

The attachment to the application to seal contains confidential information that should not be publicly available. The attachment to the sealing application is hereby ordered filed under seal.

DATED: 3/29/2007

HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the office of the United States Attorney, Criminal Division, Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused copies of the **UNITED STATES' APPLICATION TO SEAL ATTACHMENT; [PROPOSED] ORDER SEALING ATTACHMENT**, United States v. Kay Homer Daniels, III, CR-06-00700 MJJ to be served on the party in this action, by placing a true copy thereof in a sealed envelope, addressed as follows which is the last known address:

Lidia S. Stiglich
The CACDS Building
502 7th Street
San Francisco, CA 94103
Tel: (415) 865-2539
Fax: (415) 865-2538
(Via Facsimile)

____ (By Personal Service), I caused such envelope to be delivered by hand to the person or offices of each addressee(s) above.

__X__ (Facsimile), I caused each such document to be sent by Facsimile to the person or offices of each addressee(s) above.

____ (By Mail), I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: March 27, 2007

_[signature]_
CHERELL MARIE HALLETT
Lead Legal Assistant Criminal Division