LIDIA S. STIGLICH (CSBN 182100)
STIGLICH & HINCKLEY, LLP
502 Seventh Street
San Francisco, California 94103
Telephone: 415-865-2539
Fax: 415-865-2538

Attorney for Defendant
KAY DANIELS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 06-0700-01 MJJ |
| Plaintiff, | |
| v. | STIPULATION AND ~~(PROPOSED)~~ ORDER CONTINUING SENTENCING |
| KAY DANIELS, | |
| Defendant. | |

Defendant Kay Daniels, by and through his counsel Lidia S. Stiglich and Assistant United States Attorney Garth Hire, hereby stipulate and agree to continue the sentencing date in the above entitled matter from December 13, 2007, to March 28, 2008 at 2:30 PM in Oakland.

Good cause exist for the requested continuance in that both government counsel and the defense require additional time to prepare for sentencing.

SO STIPULATED:

DATED:     12/11/2007

/S/
_____
LIDIA STIGLICH
Attorney for Defendant

DATED:     12/11/2007

/S/
_____
GARTH HIRE
Assistant United States Attorney

-1-

**ORDER**

Pursuant to stipulation, Defendant Kay Daniels' sentencing is hereby continued from December 13, 2007 at 2:00 p.m. to March 28, 2008 at 2:30 p.m. in Oakland.

**IT IS SO ORDERED.**

DATED:  12/12/07



The Hon. Martin J. Jenkins
United States District Judge