MICHAEL L. HINCKLEY
CSBN: 161645
STIGLICH & HINCKLEY, LLP
1306 Pine Street
Walnut Creek, California 94596
Tel: 925.944.7077
Fax: 925.944.7079

Attorneys for Defendant
KAY HOMER DANIELS, III

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KAY HOMER DANIELS, III,<br><br>　　　　Defendant.<br>_____/ | Case No. CR-06-00700 CW<br><br>**DEFENDANT KAY DANIELS'S SENTENCING MEMORANDUM**<br><br>Date:　8/20/08<br>Time:　2:00 p.m.<br>Courtroom: Hon. Claudia Wilken |

　　　　Defendant KAY DANIELS, by and through his attorneys of record Lidia S. Stiglich and Michael L. Hinckley, herein join in the government's request that Mr. Daniels be sentenced to 22 months custody.

　　　　The defense believes that the requested sentence is appropriate for all the reasons stated in the pleadings as well as for reasons stated at the hearing.

DATED: August 19, 2008　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　STIGLICH & HINCKLEY, LLP

　　　　　　　　　　　　　　　　　　/S/ Michael Hinckley
　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　MICHAEL L. HINCKLEY
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　KAY DANIELS