# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

## Report on Offender Under Supervision

Name of Offender:         Kay Homer Daniels III    Docket No.: 06-CR-06-00700-001 CW

Name of Sentencing Judge: The Honorable Claudia Wilken
                          United States District Judge

Date of Original Sentence: September 17, 2008

Original Offense:
Count One: Distribution of Cocaine Base, 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(iii), a Class B felony

Original Sentence: Twenty-two months custody "time served sentence."
Special Conditions: Special assessment $100; drug treatment; no gang associations; search; no connection whatsoever with the North Richmond/Project Trojan gang or any other gang, not be in vicinity of North Richmond; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; register as a narcotics offender, and DNA collection.

Prior Form(s) 12: On December 11, 2008 Mr. Daniel's supervised release was revoked and reinstated following a finding that he failed to notify the Probation Officer at least ten days prior to any change in residence, failed to follow the instructions of the Probation Officer and that he submitted a urine test that was positive for the use of marijuana.

Type of Supervision: Supervised Release     Date Supervision Commenced: September 17, 2008
Assistant U.S. Attorney: Garth Hire                   Defense Counsel: Lidia Stiglich (Appointed)

**Petitioning the Court to Take Judicial Notice that Mr. Daniels supervised release terminated on March 24, 2011**

Mr. Daniel's was the victim of multiple gunshot wounds and died on March 24, 2011. A copy of his death certificate has been obtained from Fresno County.

Respectfully submitted,            Reviewed by:

_Sharon K. Alberts_ (signature)        _Marlana R. Peter /SKA/_ (signature)

Sharon K. Alberts                    Marlana R. Peter  
U.S. Probation Officer            Supervisory U.S. Probation Officer

Date Signed: July 25, 2011

---

THE COURT ORDERS:
- [x] The Court concurs and takes judicial notice of the offender's death and termination of supervised release
- [ ] Submit a request to modify supervision
- [ ] Submit a request for warrant
- [ ] Submit a request for summons
- [ ] Other:

JUL 29 2011                      _Claudia Wilken_ (signature)

Date                                    Claudia Wilken  
                                          United States District Judge